# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# (SOUTHERN DIVISION)

|  |  |
|---|---|
| JENNMAR OF KENTUCKY, INC. AND COMPLIANCE STAFFING AGENCY, LLC d/b/a JENNMAR SERVICES,<br><br>           Plaintiffs,<br>  v.<br><br>CURTIS R. WILSON, MICHAEL B. WILSON, AND JAMAS TECHNOLOGY, INC.,<br><br>           Defendants. | Civil Action No.   2:20-cv-01086-GMB |

## APPLICATION OF ALEX G. MAHFOOD TO APPEAR *PRO HAC VICE*

Plaintiffs Jennmar of Kentucky, Inc. and Compliance Staffing Agency, LLC d/b/a Jennmar Services (collectively, the "Plaintiffs") move pursuant to Local Rule 83.1(b) for its counsel, Alex G. Mahfood, to appear *pro hac vice*.  In support of its motion, Plaintiffs state:

1. Mr. Mahfood asserts that he is eligible and qualified to appear before this Court *pro hac* vice.  Mr. Mahfood is an attorney and associate with the law firm of Reed Smith LLP.  Mr. Mahfood's contact information, bar admissions, and verification of the statements made herein are set forth in the Declaration attached hereto as Exhibit A

2. Mr. Mahfood is admitted to the Pennsylvania Bar and in the United States District Court for the Western District of Pennsylvania, where he has regularly practiced and been in good standing since 2017 and 2018, respectively. Mr. Mahfood understands that by appearing in this case, he is subject to the rules of this Court, just as if he were a member of the bar of this district. Pursuant to Local Rule 83.1(b)(1), Mr. Mahfood acknowledges he is deemed to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

3. Mr. Mahfood has never been suspended from the practice of law nor has he been disciplined by any state or local agency.

4. The address, telephone number, facsimile number, and email addresses of Plaintiffs' designated local counsel, Jack W. Selden, appear below his signature hereto, which constitutes the consent to such designation required by Local Rule 83.1(B)(2).

Dated: August 17, 2020

Respectfully submitted,

/s/ Jack W. Selden
BRADLEY ARANT BOULT CUMMINGS LLP

Jack W. Selden
Ala. I.D. No. 8444-D56J
1819 5th Avenue North
Birmingham, AL 35203
(205) 521-8000

- 3 -

REED SMITH LLP

Brad A. Funari
Pa. I.D. No. 89575
(Pro Hac Vice pending)
Alex G. Mahfood
Pa. I.D. No. 324047
(Pro Hac Vice pending)
Matthew A. Caplan
Pa. I.D. No. 327876
(Pro Hac Vice pending)
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131

*Counsel for Plaintiffs Jennmar of Kentucky, Inc. and Compliance Staffing Agency d/b/a Jennmar Services*