FILED
2020 Aug-17 PM 07:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# (SOUTHERN DIVISION)

| | |
|---|---|
| JENNMAR OF KENTUCKY, INC. AND COMPLIANCE STAFFING AGENCY, LLC d/b/a JENNMAR SERVICES,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>CURTIS R. WILSON, MICHAEL B. WILSON, AND JAMAS TECHNOLOGY, INC.,<br><br>　　　　　Defendants. | Civil Action No.   2:20-cv-01086-GMB |

## DECLARATION OF ALEX G. MAHFOOD IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE*

I, Alex G. Mahfood, declare and state as follows:

　　　1.　　I am counsel for Plaintiffs Jennmar of Kentucky, Inc. and Compliance Staffing Agency, LLC d/b/a Jennmar Services (collectively, the "Plaintiffs") and an associate with the law firm of Reed Smith LLP.  I make this Declaration in support of my application for admission *pro hac vice* filed contemporaneously herewith.

　　　2.　　I am eligible and qualified to appear before this Court *pro hac vice*.  My business address, telephone number and email address are as follows:

　　　　　Alex G. Mahfood
　　　　　225 Fifth Avenue

       Pittsburgh, PA 15222
       (412) 288-3158 (telephone)
       amahfood@reedsmith.com

3.     I am admitted to practice and am a member in good standing of the following Bars and courts:

       Pennsylvania Bar (2017)
       Wisconsin Bar (2012)
       Illinois Bar (2012)

       United States District Court for the Middle District of Pennsylvania (2018)
       United States District Court for the Western District of Pennsylvania (2018)
       United States District Court for the Northern District of Illinois (2012)
       United States District Court for the Eastern District of Wisconsin (2012)
       United States District Court for the Western District of Wisconsin (2012)

4.     I have never been suspended from the practice of law nor have I been disciplined by any state or local committee or agency.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2020                          Respectfully submitted,

                                                               /s/ Alex G. Mahfood